IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

NIDIA AGUILAR,

    Plaintiff,

v.

SUNTRUST MORTGAGE, INC.;
NORTHWEST TRUSTEE SERVICES, INC.,

    Defendants.

1:15-cv-01799-CL

**JUDGMENT**

**Aiken, Chief Judge:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 10th day of December, 2015.

                            ANN AIKEN,
                            CHIEF JUDGE

1 - JUDGMENT